BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Room 4401
Fresno, CA  93721
Telephone:  (559) 497-4000

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 5:14-mj-0003 JLT |
|---|---|
| Plaintiff, | ORDER |
| v. | (Doc. 5) |
| MARK JEFF ZELDES, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The criminal complaint and arrest warrant in the above-captioned matter be unsealed.

IT IS SO ORDERED.

Dated:   **April 9, 2014**                    **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE